**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7505**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

ANTHONY ALLEN QUINN,

          Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge.  (1:01-cr-00089-LMB-1)

Submitted:  December 17, 2009     Decided:  December 30, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Allen Quinn, Appellant Pro Se.   William Neil Hammerstrom, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Allen Quinn appeals the district court's order denying his motion for an evidentiary hearing to adjudicate the validity of his guilty plea. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Quinn, No. 1:01-cr-00089-LMB-1 (E.D. Va. filed July 30, 2009; entered July 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED